UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK LOCAL UNION NO. 806,

          Plaintiffs,

-against-

AMERICAN VENTURE CONSTRUCTION LLC a.k.a. AMERICAN VENTURE,

          Defendants.

Index No.: 24-CV-00025 (KMK)

DEFAULT JUDGMENT

---

This action having been commenced on January 3, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, American Venture Construction LLC a.k.a. American Venture on January 5, 2024, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on January 10, 2024, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($1,209,748.57), which includes the following: contributions due and owing in the sum of $765,758.11 for the audit period January 1, 2017, through to and including December 31, 2020; and for interest in the sum of $258,982.84 calculated at 2% above prime per annum from the due date for each delinquent month through December 31, 2023 on the

unpaid contributions; liquidated damages in the sum of $153,151.62 calculated at 20% of the principal contribution amount owed; audit cost in the amount of $28,120.00; attorneys' fees in the sum of $3,256.00; plus court costs and disbursements of this action in the sum of $480.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
September 9 , 2024

So Ordered:

_____
Honorable Keneth M. Karas, U.S.D.J.